

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6035

May 25, 2018

**By ECF and Fax**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax:  212-805-6737

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax:  212-805-4268

    Re:    **Trowbridge, et al. v. Cuomo, et al.**, 16-cv-3455 (GBD) (GWG)
            **Status Update Concerning Settlement**

Your Honors:

       Counsel for Plaintiffs and Defendants submit this joint letter to update the Court on the progress of the settlement process.

       On April 17, 2018, the parties submitted a joint letter informing the Court that they had reached an agreement in principle to resolve the matter and requesting that the Court hold all pending motions in abeyance pending the finalization of the settlement agreement.  *See* ECF No. 97.  We submitted a status update on May 4, 2018.  *See* ECF No. 99.

       The parties continue to work to memorialize their agreement in writing and have exchanged a draft agreement and proposed revisions.  Accordingly, the parties respectfully request that the Court continue to hold all pending motions in abeyance pending the finalization of the settlement agreement.  The parties will update the Court on the progress of the settlement process by letter no later than June 14, 2018.

       Thank you for your time and attention to this matter.

Respectfully submitted,

| | |
|---|---|
| BARBARA D. UNDERWOOD<br>Attorney General for the State of New York<br>By: /s/ Alissa S. Wright<br>Alissa S. Wright<br>Assistant Attorney General<br>Office of the Attorney General<br>28 Liberty Street<br>New York, New York 10005<br>(212) 416-6035<br><br>*Counsel for Defendants* | THE BRONX DEFENDERS<br>By: /s/ Scott D. Levy<br>Scott D. Levy<br>Johanna B. Steinberg<br>360 East 161st Street<br>Bronx, NY 10451<br>(718) 838-7878<br><br>EMERY CELLI BRINCKERHOFF &<br>ABADY LLP<br>Matthew D. Brinckerhoff<br>Ilann M. Maazel<br>Douglas E. Lieb<br>600 Fifth Avenue, 10th Floor<br>New York, NY 10020<br>(212) 763-5000<br><br>MORRISON & FOERSTER LLP<br>Gary S. Lee<br>Ruti Smithline<br>Jennifer K. Brown<br>Katie L. Viggiani<br>James A. Newton<br>250 West 55th Street<br>New York, NY 10019<br>(212) 468-8000<br><br>*Counsel for Plaintiffs* |