UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CHRISTOPHER TROWBRIDGE, MICHAEL          :
TORRES, RONNIE PAGAN, JUAN ORTIZ,        :
JOSEPH JOSHUA, LUIS VIRELLA, and JASON   :
GARCIA, *individually and on behalf of a class of all* :
*other similarly situated*,              :          ORDER
                                         :
                                         :       16 Civ. 3455 (GBD)
                          Plaintiffs,    :
       -against-                         :
                                         :
                                         :
JANET DIFIORE, *in her official capacity as Chief* :
*Judge of the State of New York and Chief Judicial* :
*Officer of the Unified Court System*, and :
LAWRENCE MARKS, *in his capacity as Chief* :
*Administrative Judge of the Unified Court System*, :
                                         :
                          Defendants.    :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

   The Clerk of Court is hereby directed to close this action.

Dated: August 9, 2022
       New York, New York

                                             SO ORDERED.

                                             *[signature]*
                                             GEORGE B. DANIELS
                                             United States District Judge